UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON REINER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    - v. -<br><br>TELADOC HEALTH, INC., JASON GOREVIC, and MARK HIRSCHHORN,<br><br>        Defendants. | Case No. 1:18-cv-11603-GHW-BCM<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE**
**THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of Audra. J. Soloway and the exhibits annexed thereto, and all other papers and proceedings herein, Defendants Teladoc Health, Inc., Jason Gorevic, and Mark Hirschhorn, by and through their attorneys, hereby respectfully move this Court, before the Honorable Barbara Moses, United States Magistrate Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Room 740, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, dismissing Plaintiffs' Third Amended Consolidated Class Action Complaint (ECF No. 71) with prejudice on a date and time to be set by the Court. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated:   February 12, 2021

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP

BY:       /s/ Audra J. Soloway
Daniel J. Kramer
Audra J. Soloway
Caitlin E. Grusauskas
1285 Avenue of the Americas
New York, NY  10019-6064
Phone:  (212) 373-3000
Fax:  (212) 757-3990
dkramer@paulweiss.com
asoloway@paulweiss.com
cgrusauskas@paulweiss.com

*Attorneys for Teladoc Health, Inc., Jason Gorevic, and Mark Hirschhorn*