USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JON REINER, *individually and on behalf of all others similarly situated*,

                                   Plaintiffs,

-against-

TELADOC HEALTH, INC., JASON GOREVIC, and MARK HIRSCHHORN,

                                   Defendants.
-----------------------------------------------------------------X

1:18-cv-11603-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 8, 2021, Magistrate Judge Barbara Moses issued a Report and Recommendation ("R&R") recommending that Plaintiffs' claims be dismissed with prejudice. Dkt. No. 84 at 34. Objections to the R&R were due September 22, 2021. The Court did not receive any objections. On September 28, 2021, the parties filed a stipulation in which Plaintiffs agreed not to object to the R&R and that judgment should be entered in favor of Defendants. Dkt. No. 85 at 2.

The Court has reviewed the R&R for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court therefore accepts and adopts the R&R in its entirety. Accordingly, Defendants' motion to dismiss, Dkt. No. 76, is GRANTED.

The Clerk of Court is directed to enter judgment for Defendants, terminate all outstanding motions, and close this case.

SO ORDERED.

Dated: September 29, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge