UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JON REINER, individually and on behalf of all
others similarly situated,

                Plaintiff,                                18 **CIVIL** 11603 (GHW)

       -against-                                        **JUDGMENT**

TELADOC HEALTH, INC., JASON GOREVIC,
and MARK HIRSCHHORN,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29 2021, Magistrate Judge Barbara Moses issued a Report and Recommendation ("R&R") on September 8, 2021, recommending that Plaintiffs' claims be dismissed with prejudice. Objections to the R&R were due September 22, 2021. The Court did not receive any objections. On September 28, 2021, the parties filed a stipulation in which Plaintiffs agreed not to object to the R&R and that judgment should be entered in favor of Defendants. The Court has reviewed the R&R for clear error and finds none. See Braunstein v. Barber, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record."). The Court has therefore accepted and adopted the R&R in its entirety. Accordingly, Defendants' motion to dismiss is GRANTED and judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
          September 29, 2021

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                **Clerk of Court**
                                      **BY:**    *K. Mango*
                                                                _____
                                                                **Deputy Clerk**